UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-CV-23188-UNGARO

SMALL BUSINESS ADMINISTRATION,
    Plaintiff,

v..

DECO MODELS, INC., *et al.*,
    Defendants.
_____/

## ORDER ON MOTION

THIS CAUSE is before the Court upon Defendants' Motion to Dismiss for Lack of Jurisdiction. [D.E. 10]

THE COURT has considered Defendants' Motion, the pertinent portions of the record, and is otherwise fully advised in the premises.

In the instant Motion, Defendants argue that Plaintiff's Amended Complaint [D.E. 6] should be dismissed because the Defendants understand that the choice of venue provision in the promissory note attached to the operative complaint [D,E, 6-2] to mean that venue would lie in a state court.  Plaintiff has failed to file a response to Defendant's Motion to dismiss within the time required by Local Rule 7.1(c).  Under the same section of the Local Rules, the failure of a party to file a timely response to a motion "may be deemed sufficient cause for granting the motion by default."  Upon reviewing the operative complaint and the instant motion, and in light of the aforementioned sanction for failure to file a timely response to an adversary's motion, it is hereby

ORDERED AND ADJUDGED that Defendants' Motion is GRANTED.

Plaintiff's Amended Complaint is DISMISSED WITHOUT PREJUDICE.

DONE AND ORDERED in Chambers, Miami, Florida, this 26th day of November, 2012.

*Ursula Ungaro*
_____
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record